# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Kembrick McClendon **Repayment Agreement and Order** No: 7:24-CR-00038-0007

On August 20, 2025, Kembrick McClendon was sentenced to time served followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Wiseman. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on August 28, 2025, I have been ordered to pay a total restitution of $115,936.05 and a special assessment of $100.00.

2. On August 20, 2026, I began my service of 36 months of supervised release. The mandatory assessment has not been satisfied, and the current balance of my restitution is $115,936.05.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of November 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

K. McClendon 11-4-26

Kembrick McClendon Date

Gerald B 11-4-26

Gerald M. Bazell, U.S. Probation Officer Date

s/Barbara G. Parker 11/5/2026

Assistant U.S. Attorney Date

**THE COURT ORDERS:**

☑ Approval ☐ Disapproval

W. Louis Sands

W. Louis Sands
Senior U.S. District Judge

11/5/2026

Date